# EXHIBIT 2

US007428707B2

(12) **United States Patent**
Quimby

(10) **Patent No.:** **US 7,428,707 B2**
(45) **Date of Patent:** **\*Sep. 23, 2008**

(54) **CUSTOMIZABLE WEB SITE ACCESS SYSTEM AND METHOD THEREFORE**

(75) Inventor: **David H. Quimby**, St. Paul, MN (US)

(73) Assignee: **Adaptive Avenue Associates, Inc.**, St. Paul, MN (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 918 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/698,332**

(22) Filed: **Oct. 31, 2003**

(65) **Prior Publication Data**

US 2005/0055643 A1     Mar. 10, 2005

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 10/014,929, filed on Oct. 22, 2001, now Pat. No. 7,171,629.

(60) Provisional application No. 60/422,731, filed on Oct. 31, 2002, provisional application No. 60/242,340, filed on Oct. 20, 2000, provisional application No. 60/286,189, filed on Apr. 24, 2001.

(51) **Int. Cl.**
*G06F 15/00* (2006.01)
*G06F 13/00* (2006.01)

(52) **U.S. Cl.** ...................................... **715/738**; 715/854

(58) **Field of Classification Search** ................ 715/526, 715/853, 854, 764, 765, 738, 739, 744; 709/203, 709/213

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,049,812 A     4/2000  Bertram et al.
6,091,411 A  *  7/2000  Straub et al.  ................  715/747
6,654,785 B1 * 11/2003  Craig  .........................  709/203
6,904,450 B1 *  6/2005  King et al.  .................  709/203

* cited by examiner

*Primary Examiner*—Cao (Kevin) Nguyen
(74) *Attorney, Agent, or Firm*—Patterson, Thuente, Skaar & Christensen, P.A.

(57) **ABSTRACT**

The web site access system comprises an auto composer including the components of a composer and performer. The composer composes a web slide show presentation through automatic extraction of web page details from a desired web page. The web page details includes one or more of the following: a plurality of hyperlinks found within the desired web page that provides a plurality of URLs; a presentation/rendition text file within the desired web page that provides a plurality of URLs; and a meta tag within the desired web page that provides a plurality of URLs. The performer display the web slide show presentation in order of the plurality of URLS provided by the extracted web page details.

**11 Claims, 18 Drawing Sheets**





FIG. 1



FIG. 2A



FIG. 2B



FIG. 3



FIG. 4

Horizontal Navigation -- Desired Web Site Address List

http://www.herring.com
http://www.business2.com
http://www.thestandard.com
http://www.wired.com
http://www.fastcompany.com
http://www.strategy-business.com
http://www.hbr.org
http://www.zdnet.com
http://www.cnet.com
http://cnnfn.cnn.com
http://www.bloomberg.com
http://www.upside.com

FIG. 5

Virtual Coast Associates, Inc.

## Virtual Coast Associates, Inc.

 80

 84

### Your Port on the Virtual Sea

Half a millennium ago, Columbus sailed the ocean blue. His encounter with the New World would launch a new civilization, bringing fundamental social and cultural change. We are embarking again on a journey to a new world, a virtual world. Our journey will also bring fundamental social and cultural change.

At Virtual Coast, we develop products that exploit the challenges and opportunities of our changing world. We pierce the veil of traditional solutions, and we promote strategies that touch the core of the new environment. We believe that adept navigation of the new landscape requires the richness and flexibility of an interdisciplinary perspective. We combine strategy, culture, process, and technology in an integrated approach that considers the multidimensional nature of the new frontier.

***We're crossing the ocean now…***

82

[ Philosophy ] [ Competencies ] [ Projects ] [ Associates ] [ Partners/Affiliates ] [ Publicity ]
[ Environment ] [ Contact Us ]

FIG. 6

Vertical Navigation -- Desired Web Site Address List

http://www.virtualcoast.com
http://www.virtualcoast.com/phil.htm
http://www.virtualcoast.com
http://www.virtualcoast.com/comp.htm
http://www.virtualcoast.com
http://www.virtualcoast.com/projects.htm
http://www.virtualcoast.com/sourcewave/
http://www.virtualcoast.com/projects.htm
http://www.virtualcoast.com/surfgear/
http://www.virtualcoast.com/projects.htm
http://www.virtualcoast.com/cyberecology/
http://www.virtualcoast.com/projects.htm
http://www.virtualcoast.com/ventureplanet/
http://www.virtualcoast.com/projects.htm
http://www.virtualcoast.com/
http://www.virtualcoast.com/bio.htm
http://www.virtualcoast.com/
http://www.virtualcoast.com/partners.htm
http://www.virtualcoast.com/
http://www.virtualcoast.com/public.htm
http://www.virtualcoast.com/virtualmedium/edge.htm
http://www.virtualcoast.com/public.htm
http://news.mpr.org/features/200003/21_catlinb_tech/index.shtml
http://www.virtualcoast.com/public.htm
http://www.virtualcoast.com/
http://www.virtualcoast.com/enviro.htm
http://www.lowertown.org/
http://www.virtualcoast.com/enviro.htm
http://www.virtualcoast.com/virtualmedium/BWWA.htm
http://www.virtualcoast.com/enviro.htm
http://www.virtualcoast.com/
http://www.virtualcoast.com/contact.htm
http://www.virtualcoast.com/geograph.htm

FIG. 7

Surf Gear v1.0



FIG. 8



Advanced Search    Preferences    Search Tips

backflip lycos

Searched the web for **backflip lycos**.          Results 1 - **10** of about **6,840**. Search took **0.51** seconds.

*84*

**TheStandard.com: subjects finance**    *86*    *88*
... Join **Backflip**: save, discover, organize, & share Web pages. HubStorm: Launch your
net market in NO time! Bidland Systems: Build your own branded auction site ...
www.thestandard.com/article/display/0,1151,18845,00.html - 52k - Cached - Similar pages

*86*    **TheStandard.com: companies**
... **Lycos** Europe. Internet investment firm CMGI owns nearly 17% of **Lycos**. ... Join **Backflip**:
save, discover, organize, & share Web pages. HubStorm: Launch your net ...
www.thestandard.com/companies/display/0,2063,48044,00.html - 40k - Cached - Similar pages
[ More results from www.thestandard.com ]

**Redherring.com - The house that Lycos builds- February 17,**
... . SPONSORED LINKS **BACKFLIP**: Join **Backflip** to save, discover, organize, and share
Web pages. It's Free! DEMANDLINE: Where small businesses save $$$$ on LONG ...
www.redherring.com/investor/2000/0217/inv-lycos021700.html - 46k - Cached - Similar pages

**Redherring.com - Lycos and Terra build new Tower of Babel-**
... . SPONSORED LINKS **BACKFLIP**: Join **Backflip** to save, discover, organize, and share
Web pages. It's Free! DEMANDLINE: Where small businesses save $$$$ on LONG ...
www.redherring.com/investor/2000/0517/inv-lycosterra051700.html - 45k - Cached - Similar pages
[ More results from www.redherring.com ]

*86*

**Backflip | Press Release**    *88*
... million AOL members as well as bring into the **Backflip** team Ron Neuenberger, the
founder of Angelfire, now a **Lycos** property and currently the 8 th most-visited ...
*86*    www.backflip.com/company/out_pr_000420.ihtml - 8k - Cached - Similar pages

**Lycos**
My **Lycos** | Site Map. Search for: Advanced Search Parental Controls ... Personalize
**Lycos**. My **Lycos**: Sign up | Log in - - - - - -. My Investing. Build a Website. ...
www.backflip.com/perl/go.pl?url=911 - 18k - Cached - Similar pages
[ More results from www.backflip.com ]

**News: Backflip Leaps Forward With MyBookmarks Buy–April 27,**
... has joined the **Backflip** team. Neuenberger's last venture was the founding of
free Web page service Angelfire, which was acquired by **Lycos** last year. ...
siliconvalley.internet.com/news/article/1,2198,3531_349411,00.html - 17k - Cached - Similar pages

**ZDNet: PC Magazine Talkback**
... But you left ... - Stephan Nofield. Thanks for including **Backflip** i... - David
Goldman. ... Glad you included My **Lycos** in y... - Greg Farrington. CAFE UTNE RULES ...
www.zdnet.com/tlkbck/comment/221/0,7721,80635-417054,00.html - 65k - Cached - Similar pages

**NoxGenus Recordings Nijmegen**
NoxGenus Recordings Monolith Webserver is Offline!- For Music downloads,
pr ss the logo and you'll be rerouted... Temporary **backflip**.

FIG. 9 (1052)

members.tripod.lycos.nl/Zquad/ - 2k - Cached - Similar pages

**Traffick - The Guide to Portals - Feature Story**
... is set up, you will be notified on the My Lycos page when you have new mail, which
will appear in ... FEATURES. PORTAL BASICS >>. ... Backflip this page to find it again. ...
www.traffick.com/story.asp?StoryID=33 - 25k - Cached - Similar pages

Goooooooooogle ▶

Result Page:    1 2 3 4 5 6 7 8 9 10    **Next**

| backflip lycos | Google Search | Search within results |

Try your query on: AltaVista Deja Excite HotBot Infoseek Lycos Yahoo!

Google Web Directory - Cool Jobs - Advertise with Us! - Add Google to your Site - Google in your Language -
**All About Google**

©2000 Google

FIG. 9 (20 of 2)

Item Review Navigation -- Desired Web Site Address List

http://www.thestandard.com/article/display/0,1151,18845,00.html
http://www.thestandard.com/companies/display/0,2063,48044,00.html
http://www.redherring.com/investor/2000/0217/inv-lycos021700.html
http://www.redherring.com/investor/2000/0517/inv-lycosterra051700.html
http://www.backflip.com/company/out_pr_000420.ihtml
http://www.backflip.com/perl/go.pl?url=911
http://siliconvalley.internet.com/news/article/1,2198,3531_349411,00.html
http://www.zdnet.com/tlkbck/comment/221/0,7721,80635-417054,00.html
http://members.tripod.lycos.nl/Zquad/
http://www.traffick.com/story.asp?StoryID=33

FIG. 10





FIG. 12

### Surf Gear™

### Fasten your seat belt.

**You're ab  ut to view the Web in a whole new way. When you select the "View Now!" button, a sequence of web pages will launch in rapid succession.**

 — 100

(mnelectronictheater)

**A small control panel will appear in the foreground or background. Use the control panel to control the presentation--or let it run automatically.**



**Please note that full enjoyment of this enhanced viewing experience requires a high-bandwidth environment.**

### A <u>whole new way</u> of viewing the Web™

AUTO COMPOSE SCREEN

FIG.13



102

FIG. 14



FIG. 15

106

FIG. 16

US 7,428,707 B2

## CUSTOMIZABLE WEB SITE ACCESS SYSTEM AND METHOD THEREFORE

### CLAIM TO PRIORITY

The present application hereby claims priority to U.S. Provisional Application No. 60/422,731, filed Oct. 31, 2002, and entitled "Customizable Web Site Access System and Method Therefore". Additionally, the present application is a continuation-in-part application of U.S. patent application Ser. No. 10/014,929, filed Oct. 22, 2001, now U.S. Pat. No. 7,171,629 and entitled "Customizable Web Site Access System and Method Therefore", which claims priority to both U.S. Provisional Application No. 60/242,340, filed Oct. 20, 2000 and entitled "Customizable Web Site Access System and Method Therefore", and U.S. Provisional Application No. 60/286, 189, filed Apr. 24, 2001, and entitled "Customizable Web Site Access System and Method Therefore". Each of the above-identified utility and provisional patent applications is hereby incorporated by reference.

### FIELD OF THE INVENTION

The present invention relates to the manner in which a user and/or developer of the World Wide Web presents and/or accesses a web site and, more specifically, to a system and method to enable multiple types of automated navigation through a plurality of web site addresses.

### BACKGROUND OF THE INVENTION

Currently, various web site owners and developers are attempting to captivate their audience with cutting-edge presentations through large investments in animation and streaming media. Those investments have decayed rapidly as the content of the site changes and becomes obsolete. However, without attempting to use these types of costly presentations, web site owners and developers must passively accept the random paths through the available content that visitors to the site choose to review, resulting in a significant amount of site content that is never seen.

From a user's perspective, access to the World Wide Web is most often achieved by accessing a single-source, static destination, e.g., a single web site address, and navigating vertically through multiple pages at a single destination by selecting navigational links within a web page. Alternatively, the user utilizes the results list of a search engine to access the various web sites that are directed to the user's topic of interest. To review numerous web sites in the results list, the user must continually return from the topic site to the list to reach the next web page link making navigation of the sites an often unnecessarily lengthy and tedious task.

As such, there is a need for a web site access system that enables web site owners and developers to provide an automated presentation of desired web page sequences without the costs of reprogramming site content or installing development tools, and that enables web site users to adjust those presentations to their preferences and/or enact their own presentation of web sites of interest, such as through the use of search engine results.

### SUMMARY OF THE INVENTION

The needs described above are in large measure addressed by the customizable web site access system of the present invention. The system is comprised of a software program incorporating both a composing portion and a performing

portion. The composing portion of the software program is used to create a presentation. The presentation includes a list of URLs for display, a desired sequence of display of the URLs, and a duration of display of the URLs. The performing portion of the software program operates to load and automatically display the presentation to a user of the web according to the URL list, sequence of display, and duration of display.

The performing portion of the software program also preferably provides a control panel whereby a web user can not only pause or stop the presentation but can also change the sequence and/or duration of display of each of the URLs of the presentation. The use of the software program of the present invention enables various types of navigation through the web including horizontal navigation, vertical navigation, or item navigation of web sites.

In a preferred embodiment of the invention, the web site access system comprises an auto composer including the components of a composer and performer. The composer composes a web slide show presentation through automatic extraction of web page details from a desired web page. The web page details include one or more of the following: a plurality of hyperlinks found within the desired web page that provides a plurality of URLs; a presentation/rendition text file within the web site of the desired web page that provides a plurality of URLs; and a meta tag within the desired web page that provides a plurality of URLs. The performer displays the web slide show presentation in order of the plurality of URLS provided by the extracted web page details.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram depicting a customizable web site access system of the present invention.

FIG. 2A is a flow chart depicting the operation of the composer portion of the customizable web site access system of the present invention.

FIG. 2B is a flow chart depicting the operation of the performer portion of the customizable web site access system of the present invention.

FIG. 3 is an example of a web page for the entry of desired user data to be implemented through the customizable web site access system of the present invention.

FIG. 4 is an example of a header that may be displayed at the top of each web site accessed by the system of the present invention.

FIG. 5 is an example of a horizontal navigation web site address list.

FIG. 6 depicts a typical web site home page incorporating a plurality of links to other web pages within the web site.

FIG. 7 is an example of a vertical navigation web site address list.

FIG. 8 depicts the web site of FIG. 6, wherein the present invention has been invoked, provides a display screen, and presents a slide show of the linked web pages within the web site.

FIG. 9 (pages 1 and 2) depicts a typical search result list of a search performed by a search engine.

FIG. 10 is an example of an item navigation web site address list corresponding to the search results of FIG. 9.

FIG. 11 depicts the search result list of FIG. 9, wherein the present invention has been invoked, provides a display screen, and presents a slide show of the addresses within the search result list.

FIG. 12 is a flow chart depicting the auto compose function of the system of the present invention.

US 7,428,707 B2

3

FIG. **13** provides an example of an auto compose screen for display to a user of the present invention.

FIG. **14** provides an example of a pop-up window whereby a user may enter a desired web site for automatic composition of a presentation.

FIG. **15** is an example text file listing of the URLs that may be used by the composer to automatically compose a presentation based on the URLs.

FIG. **16** is an example of a pop-up control window panel that may be used to control an automatically composed presentation, or other types of presentations generated by the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The web site access system of the present invention enables site owners and developers to create, in a matter of minutes, automated and customized presentations of multiple web pages that dynamically present more content in less time to users without the expense of any new development. The web site access system of the present invention operates to combine the bookmark feature of web browsers with the slide show feature of presentation software. With the present invention, site owners and developers can easily change the page sequence, adjust the timing, and add an audio overlay to the web presentation. At the same time, a user visiting a site can view those presentations of interest at their desired pace and a user presented with a search engine results list can view the list's web sites in an automated, sequential fashion without returning continuously to the original search engine results list.

FIG. **1** provides an overview block diagram of the system architecture of the customizable web site access system **10** of the present invention. As shown, system **10** is a software program incorporating two main components, a composer **12** and a performer **14** that are preferably stored on a host server **16**. Composer **12** may be manually invoked by a site owner/developer **18** to create a customized presentation **20** of multiple web pages or may be automatically invoked by a query-based system **22**, e.g., search engine, to create a customized presentation of the multiple web pages resulting from a query. In either instance, the URLs of the sites that comprise the presentation and the corresponding options of the presentation, e.g., sequence of the URLs, the duration that each is to be displayed, whether the sequence is to be continuously repeated, etc., are stored on the host server **16** or, alternatively, sent directly to the performer **14** for display via a programming interface.

The performer **14** is that portion of the software of system **10** that a user/visitor **24** to the web utilizes to access and view the customized presentation **20**. The performer **14** may be activated by a user **24** by simply entering a web site, by selecting a site from a directory of sites, by selecting a hyperlink embedded within a message, by selecting a certain presentation **20** from a gallery of presentations **20**, etc. Essentially, any manner of reaching a web site can be established as the invoker of the performer **14**. Upon invoking the performer **14**, i.e, activating the performer active server page (.asp), the user **24** is not only provided with the presentation **20** but is also provided by the performer with the ability to modify the presentation **20** to their desires, e.g., pausing on a certain page, escaping/cancelling the performer, changing the sequence of pages displayed, and changing the duration of pages displayed.

A flowchart depicting the preferred operation of the composer **12** is shown in FIG. **2A**. As indicated, per input block

4

**302**, composer **12** preferably prompts the site owner/developer to enter owner registration information. The owner registration information may be in the form of a name, password, or other type of user identifier. The owner registration information is then used to determine whether the registrant is a new registrant, per decision block **303**. If the registrant is new, a new registrant identifier is stored at the host server **16**, per stored data block **305**, and the new registrant is prompted to enter their desired preferences for their presentation **20** (as described per option one below). If the registrant is not new, the registration identifier is verified, per operations block **304**, to determine if the registration data corresponds to previously entered registration data that is stored on host server **16**.

If the entered registration data does not correspond to previously entered registration data, per decision block **306**, the site owner/developer is requested to enter their owner registration information again, per input block **302**. However, if the entered registration data does correspond to previously entered registration data, per decision block **306**, the site owner/developer is provided with two options: (1) modifying their previously entered desired presentation preferences; or (2) using the previously entered settings, per decision block **318**.

Option one follows the left-hand side of the flowchart of FIG. **2A** and, as shown, the site owner/developer is requested to input/modify their desired settings. Specifically, the site owner/developer is requested to input their desired list of web sites through which they would like system **10** to sequence, per input block **308**. The manner of input may be an interactive user interface, e.g., the user enters the list through a keyboard, or it may be a previously existing text file containing a plurality of web addresses that is retrieved as a parameter list by an automatic operation of composer **12**. Still another manner of input may be the results list of a search engine or data base query. The results list may be entered as a parameter list by an automatic operation of composer **12**, e.g., composer **12** automatically receives the results list of web site addresses and produces a corresponding presentation **20**. Alternatively, the site owner/developer may accept the default values of system **10**, per input block **309**. In the preferred embodiment of the present invention, the site owner/developer is provided with all above-described options for entering a desired list of web site addresses. Of course, numerous other manners of entering a desired list of web site addresses may be used without departing from the spirit or scope of the invention.

Per the flowchart of FIG. **2A**, the site owner/developer is also requested to input the desired duration of display for each listed web site, per input block **310**, or accept the default values of system **10**, per input block **309**. Alternatively, the site owner/developer may enter a default duration to be used with each listed web site.

The site owner/developer is further requested to enter the number of times they would like the performer **14** of system **10** to replay their entered list of web sites, per input block **312**, or accept the default values of system **10**, per input block **309**. Alternatively, the site owner/developer may simply enter that they wish their entered list of web sites to be continuously replayed. The site owner/developer is also requested to enter the order in which they would like their entered list of web sites to be displayed, i.e., in sequential order (the order in which the site owner/developer entered the web sites in their list) or in random order, per input block **314**, or accept the default values of system **10**, per input block **309**. Whether the preferences comprise new settings, previously entered set-

US 7,428,707 B2

**5**

tings (decision block **318**) or default values, each of the preferences is stored on the host server **16**, per stored data block **316**.

Option two, as mentioned above, comprises using the previously entered settings, per decision block **318**.

A flowchart depicting the preferred operation of the performer **14** is shown in FIG. 2B. Upon being activated by the selection of a presentation **20** or by the initiation of a presentation **20**, the performer **14** operates to load the presentation **20** including the URLs and presentation preferences, per operations block **330**, and to sequence through the URLs with display to the user **24**, per operations block **332**. The performer **14** may be activated by the user **24** selecting the presentation **20** from a gallery of presentations, by the user **24** entering a web site that has been pre-configured with the composer **12** through activation of a hyperlink within another web site or e-mail message, by the user **24** opening an e-mail message with a hyperlink that activates the composer **12** directly, or by the user **24** performing a query with a results listing that automatically (or manually) activates the performer **12**. The performer **14** additionally operates to present the user with a generic, presentation-independent control panel, per operations block **334**, such as the system-interactive user area **54** of FIG. **4**. The performer **14** continues to sequence through the URLs with the default presentation settings until the presentation **20** is paused or stopped by the user, per operations block **336**. Alternatively, if the user **24** has modified the presentation settings, per decision block **338**, the performer **14** continues the presentation **20** with the new presentation settings until the presentation **20** is stopped or paused by the user **24**, per operations block **340**.

In the preferred embodiment of system **10**, and when using the composer **12**, the site owner/developer is prompted to enter their presentation settings via interaction with a data entry screen **40**, an example of which is shown in FIG. **3**. Data entry screen **40** preferably includes a web site list field **42** that allows the site owner/developer to enter a web site address (URL) and a duration of display in a minute and second format (mm:ss). Data entry screen **40** also preferably includes a default duration field **44** should the site owner/developer not desire to enter a specific display time for each entered web site address. Data entry screen **40** also preferably includes a replay field **46** to indicate the number of times to replay the list of desired web sites, or to indicate a continuous replay, and preferably includes an order field **48** to indicate sequential or random display. Of course, numerous other manners of obtaining a site owner/developer's preferences may be used without departing from the spirit or scope of the invention.

Upon displaying a site owner/developer's list of desired web sites per the operation of the performer **14**, system **10** preferably utilizes a display screen **50**. An example of such a display screen is shown in FIG. **4**. Display screen **50** includes a web site display area **52** and a system-interactive user area **54**. System-interactive user area **54** preferably includes a site field **56**, a time remaining field **58**, and a replay field **60**. System-interactive user area **54** also preferably includes a pause button **62**, a site-forward button **64**, a site-backward button **66**, an edit options button **68**, and a logout button **70**.

Site field **56** provides an indication of the total number of web sites within a site owner/developer's entered URL list and an indication of the current web site's location within the list, e.g., 4 of 12. Time remaining field **58** provides an indication of how much longer the current web site will be displayed before system **10** displays the next web site. Replay field **60** provides an indication of the requested number of replays for the entered web site list, or whether the replay is to be continuous.

**6**

Pause button **62** enables a user of system **10** to stop the sequencing of the list of web sites and maintain the currently presented web site. Site-forward button **64** enables a user of system **10** to go to the next web site in the user-entered list or to go to the very last web site in the list. Site-backward button **66** similarly enables the user of system **10** to go to the previous web site in the user-entered list or to go to the very first web site in the list. Edit options button **68** enables a user of system **10** to re-access data entry screen **40** to modify entered preferences. Logout button **70** enables a user of system **10** to exit system **10** and return to vertical navigation of web sites. Of course, numerous other manners of interacting with the web site display of system **10** may be used without departing from the spirit or scope of the invention.

It should be noted that while the present invention has been described with the composer **12** being utilized by only a site owner/developer, a user may utilize the composer **12** to create their own personalized presentation of web favorites.

Horizontal Navigation

The system **10** of the present invention may be used to achieve horizontal navigation of a plurality of web site addresses. An example of a horizontal navigation web site address list, as would be entered into web site list field **42** through use of the composer **12**, is provided in FIG. **5**. As can be seen, each web site address represents a new and distinct address that would likely be unreachable via links in the other web site addresses. Thus, without the present invention, each address would have to be entered separately by a user, requiring considerable time. However, with the present invention, the user can be presented with a slide show, capable of being stopped at any desired moment, of unrelated sites that may address multiple or single topics of interest. The user's experience in accessing the World Wide Web becomes analogous to browsing several publications sequentially instead of reading a single publication in its entirety, i.e., accessing a single-source, static-destination web site.

Vertical Navigation

The system **10** of the present invention may be used to achieve vertical navigation of a plurality of web site addresses. FIG. **6** depicts a typical web home page wherein numerous links to other pages within the web site are presented to the user, e.g., in the form of buttons **80** or keyword links **82**. Upon selecting a link, the corresponding web page address is presented to the user. As such, to reach the various linked pages within the web site and/or to drill through the multiple layers of web pages that may be present in the web site, the user must select the link for each individual page. If a desired web page resides multiple layers of pages from the home page, the user must traverse each intermediate layer before finally reaching the desired web page.

However, upon invoking the present invention, e.g., by selecting the activator **84**, the various links within the web site are written to web site list field **42** by automatic operation of the composer **12**, and a slide show presentation of the various pages within the web site may begin. An example of a vertical navigation web site address list, wherein the plurality of links within a single web site are provided, is presented in FIG. **7**. Once invoked, the present invention exhibits display screen **50** to the user, incorporating web site display area **52** and system-interactive user area **54**, and presents a slide show of the linked web pages within the web site as depicted in FIG. **8** to the user **24** of the performer **14**. The user **24** may, of course, pause on any web page desired for any amount of time and then resume the slide show presentation provided by the present invention.

US 7,428,707 B2

7

Item Navigation

The system **10** of the present invention may be used to achieve item navigation of a plurality of web site addresses. Item navigation is most applicable to a listing of search results from a World Wide Web search engine or other knowledge base/data base search program (e.g., keyword search, list box, category reference, etc.). An example of a typical listing of search results from a search engine is presented in FIG. **9**. As shown, each of the results provides a linked web site address **86** and a snippet **88** of the web site containing the search terms from the user's search query. Snippet **88** provides only a minor insight into the actual overall content of the web site. As such, the user must select each link to access the web site for review and determination of relevance to the user's interest. To access yet another search result link, the user must return to the list of search results and select another web site for review; a tedious and time consuming process.

However, upon invoking the present invention, e.g., by selecting the activator **84**, the various links within the search result listing are written to web site list field **42** by automatic operation of the composer **12** and an application programming interface that integrates with site-based search functions, and a slide show presentation of the various pages of the search result listing may begin. An example of an item navigation web site address list, wherein the plurality of links corresponds to a list of search results, is presented in FIG. **10**. Once the present invention is invoked, the user need not return to the results list to access the next item. Each page is presented automatically, per FIG. **11**, wherein display screen **50** incorporating web site display area **52** and system-interactive user area **54** is presented to the user through the operation of the performer **14**. The user may, of course, pause on those pages they find interesting and/or relevant, then resume the automated presentation.

The present invention may be used to achieve one, two or all and/or a combination of the above-described manners of navigation including those situations where one type of navigation is embedded within another type of navigation. Of course, the present invention may be used to implement other manners of navigation without departing from the spirit or scope of the invention. Furthermore, each of the presentations viewed may be additionally enhanced with an audio overlay.

Thus, in view of the above, it can be seen that besides guiding visitors more quickly to relevant content, the present invention virtually eliminates the attention that visitors normally invest in pointing, clicking, and scrolling through web pages. As such, visitor satisfaction and productivity is increased, i.e., visitors to a web site stay longer, absorb more information, and return more quickly. The model of a passive site and active visitor clicking through pages is replaced by the adaptive presentation model of active site and active visitor. In this active site/active visitor model the site owner or developer can offer a range of tours through a site wherein each tour is adapted to the interests of a wide range of target audiences. Meanwhile, the visitor can have single-click control for pausing at any page to delve more deeply into available content and can also control the pace of presentation as well as select another presentation. Instead of actively pursuing random paths through web sites one click at a time, visitors now have a choice. They can relax and enjoy one or many pre-established presentations—all with the option of stopping and/or diverting anytime they encounter interesting content.

Auto Compose

An alternative embodiment of the invention also provides system **10** with an auto compose function. The auto compose

8

function is a manner whereby the content of a web site may be displayed automatically without requiring the user to enter a plurality of URLs and without depending on the web presenter to create a custom presentation.

A flow chart diagraming the auto compose function is shown in FIG. **12**. As indicated, per operations block **902**, the operation of the performer **14** is launched (via any appropriate method, e.g., site activation button, opening a performer web site, etc.) whereby the viewer is presented with the opportunity to view a desired web site in auto compose format, see example auto compose screen on FIG. **13**, where a "view now" **100** button is provided. Upon entering/selecting a desired web site through the performer **14**, see FIG. **14** for an example pop-up box **102** initiated by the "view now" **100** button for entry of a user's desired web site, the composer **12** is invoked and operates to extract the details, in one of three manners, to automatically compose a presentation based on the user's desired web site.

The first method of extraction by composer **12** is by reviewing the user's desired web page and extracting all hyperlinks, i.e., href's, that are within the page and then forming these as a list for use by the performer **14**, per operations block **904** of FIG. **12**. The second manner of extraction by composer **12** is by searching for a presentation/rendition text file that has been placed within the root directory of the web site, per operations block **906** of FIG. **12**. The text file has preferably been previously placed within the root directory by the creator of the web site. An example listing **104** of such a text file is shown in FIG. **15**. In this instance, the text file not only includes URLs (both directory URLs and document URLs may be included and used interchangeably) to which the performer will be directed for display but also includes additional attributes to define the duration, rotation, etc., of the presentation. The third method of extraction by composer **12** is through searching for a composer-recognizable meta tag within the web page, per operations block **908** of FIG. **12**. This meta tag has preferably been pre-established within the web page and includes a URL or URL/attribute listing, similar to the text file of FIG. **15**, whereby the URLs can be loaded for use by the performer **14**. An example meta tag is provided hereinbelow:

```
<meta name="surfgear" content="title=Virtual Coast - Site Tour,
duration=5, rotations=1, state=foreground, profile=minimized,
audio=vc1.asf, url1=test.htm, url2=index.htm, url3=phil.htm,
url4=projects.htm, url5=surfgear, url6=sourceware, url7=cybereecology,
url8=ventureplanet, url9=team.htm, url10=DQ.htm, url11=public.htm,
url12=mspcitybusiness, url13=mnpublicradio, url14=contact.htm,
url15=lowertown">
```

It should be noted that the composer **12** of the present invention preferably utilizes specifications in XML format for the composing of the presentation, however, an HTML format and/or a conversion from HTML to XML may be utilized by the composer **12**.

Once the presentation details have been extracted, i.e., the URLs have been obtained and loaded for use by the performer **14**, the performer **14** preferably begins displaying the URLs in listed order, per operations block **910**, while the user is provided with a background or foreground control panel window, see example of control panel window **106** in FIG. **16** which operates similarly to the system-interactive user area **54** of FIG. **4**, per operations block **912** of FIG. **12**. The control panel window **106** preferably provides the recognizable buttons of play, stop/pause, step forward/backward, beginning/

US 7,428,707 B2

9

end of presentation and the lower sets of double arrows providing for increasing/decreasing the pace of the presentation. The side up/down arrow buttons enable the user to adjust various other parameters of the presentation and/or to enter a new website for automatic composition of a presentation. It should be noted that the control panel window **106** may be used for control of any of the types of presentations described herein and is not strictly limited to that of the auto compose.

While auto compose can easily be used by a web viewer to have a custom presentation of a web site automatically generated, auto compose can also be used by web presenters as an alternative to the manual composition function for providing presentations of their web site. The web presenter can simply provide a hyperlink back to the auto compose scheme, which is preferably maintained as an active server page (.asp). This hyperlink can be presented as a manually activated hyperlink or an automatically activated hyperlink, such as activation upon opening an e-mail message.

Screen Saver

An alternative embodiment of the invention also provides system **10** with a screen saver function. The screen saver function enables the user to enjoy their favorite web content automatically in screen-saver mode and additionally allows both the user and the presenter the ability to easily change the content that their screen saver presents at any time.

The screen saver function is performed by installing an activator for the performer/composer software that has been specifically configured to perform as an scr file, i.e., screen saver file. Activating/reactivating the screen saver configuration results in the user being prompted to enter the name of an established presentation or a web site whereby the auto compose function will be invoked to auto compose its own presentation, as described in the section immediately above. Upon the user's computer entering screen saver mode, the presentation appears and sequences as any of the other presentations described above. Exiting screen saver mode by activating the desktop of the computer results in an automatic termination of the presentation. A control window panel may or may not be provided as desired.

In a preferred embodiment, the screen saver trigger (.scr file) is found at the web site of the customizable web site access system of the present invention and can be downloaded to the user's appropriate directory, e.g., 'c:windowssystem', 'c:windowssystem32', 'c:winntsystem', or equivalent. The user may then select the presentation trigger as their screen saver, and upon entering the computer's display settings may select a rendition for screen saver display. The rendition can be changed at anytime to the user's desired rendition, which can even include auto compose.

It should be noted that the screen saver can also be used by a web presenter to create a custom screen saver that is available to the web viewer, via manual or auto compose. The web presenter can easily change the content that their screen saver provides to the web viewer at any time by modifying the contents of their web rendition.

The present invention may be embodied in other specific forms without departing from the spirit of the essential attributes thereof; therefore, the illustrated embodiments should be considered in all respects as illustrative and not restrictive, reference being made to the appended claims rather than to the foregoing description to indicate the scope of the invention.

10

What is claimed:

1. A computer-implemented auto-composing web site access system, comprising;

a composer, wherein said composer composes a web slide show presentation through automatic extraction of web page details from a desired web page, wherein said web page details include one or more of the following: a plurality of hyperlinks found within the desired web page that provides a plurality of URLs, a presentation/rendition text file within the desired web page that provides a plurality of URLs, a meta tag within the desired web page that provides a plurality of URLs; and

a performer, wherein said performer displays said web slide show presentation in order of the plurality of URLs provided by the extracted web page details.

2. The system of claim 1, wherein said presentation/rendition text file is found within the root directory of a web site containing said desired web page.

3. The system of claim 1, wherein said meta tag or said text file includes display parameters defining presentation of each of said plurality of URLs.

4. The system of claim 1, wherein said performer provides a control panel, wherein said control panel controls the manner of presentation of each of said plurality of URLs.

5. The system of claim 4, wherein said control panel is presented in the foreground or in the background of the presentation.

6. The system of claim 1, wherein said system is invocable via hyperlink to a web site wherein said system is maintained as an active server page.

7. A computer implemented method for auto composing a web site, the method comprising the steps of:

composing a presentation for a desired web page by creating a list of URLs, wherein said step of composing comprises one or more of the following:

automatically extracting a plurality of hyperlinks from said desired web page, wherein said plurality of hyperlinks provide said URLs;

automatically extracting a presentation/rendition text file from said desired web page, wherein the text file provides said URLs; and

automatically extracting a meta tag from the desired web page, wherein said meta tag provides said URLs; and

automatically displaying said presentation, wherein said presentation is presented in order of the created list of URLs.

8. The method of claim 7, wherein said presentation/rendition text file is found within the root directory of a web site containing said desired web page.

9. The method of claim 7, wherein said meta tag or said text file includes display parameters defining presentation of each of said plurality of URLs.

10. The method of claim 7, further comprising the step of providing a control panel, wherein said control panel controls the manner of presentation of each of said plurality of URLs.

11. The method of claim 10, wherein said step of providing a control panel comprises providing a control panel in a foreground or a background of the presentation.

\* \* \* \* \*